PETER S. CHRISTIANSEN, ESQ. [SBN 5254]
pete@christiansenlaw.com
R. TODD TERRY, ESQ. [SBN 6519]
tterry@christiansenlaw.com
KEELY P. CHIPPOLETTI, ESQ. [SBN 13931]
keely@christiansenlaw.com
CHRISTIANSEN TRIAL LAWYERS
710 South 7th Street, Suite B
Las Vegas, Nevada 89101
Telephone:    (702) 240-7979
Facsimile:    (866) 412-6992

PETER GOLDSTEIN, ESQ. [SBN 6992]
peter@petergoldsteinlaw.com
PETER GOLDSTEIN LAW CORP
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone:    (702) 474-6400
Facsimile:    (888) 400-8799

*Attorney for Plaintiff,*
*JACEY LOOPER, an individual*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA (LAS VEGAS)**

| | |
|---|---|
| JACEY LOOPER, individually, | Case No.  2:23-cv-01436-JAD-EJY |
| Plaintiff, | |
| vs. | **DISCOVERY PLAN AND SCHEDULING ORDER** |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT; GLENN OBSENARES; BRAYDEN MCMAHILL and DOES 1-10,inclusive, | |
| Defendants. | |

### DISCOVERY PLAN AND SCHEDULING ORDER

1. **Meeting:** Pursuant to FRCP 26(f) and LR 26-1(a), a telephonic meeting was held on Tuesday, November 14, 2023, and was attended by: Peter Goldstein, Esq. and Keely P. Chippoletti, Esq. for Plaintiff Jacey Looper, an individual; Craig R. Anderson, Esq.

1

for Defendant Las Vegas Metropolitan Police Department, Glenn Obsenares, and Brayden McMahill.

The parties will exchange the initial disclosures within 14 days of the Rule 26-1 Conference in accordance with Rule 26(a)(C).

2. **Discovery Plan:**  The parties jointly propose the following discovery plan:

   (a) Subject of Discovery: Discovery will be needed regarding following subjects: All claims set forth in the First Amended Complaint, as well as the defenses relevant to the action.

   (b) Discovery Cut-off Dates: The parties believe it is too early in the case to have a meaningful settlement discussion. The parties request 180 days from the date Defendants filed their Answer to the Complaint which was November 6, 2023. Therefore, the discovery cut-off date will be **May 4, 2024.**

   (c) Disclosure of Experts:  Disclosure of experts shall proceed according to FRCP 26(a)(2), except that:

      (1) the disclosure of experts and expert reports shall occur on **March 5, 2024** (Tuesday) which is sixty (60) days before the discovery cut-off date; and

      (2) the disclosure of rebuttal experts and their reports shall occur on **April 4, 2024**, (Thursday) which is thirty (30) days before the discovery cut-off date.

   (d) Alternative Dispute Resolution and Case Disposition:  Pursuant to LR 26-1(b)(8) and FRCP 73, the parties discussed trial by a magistrate judge and the possibility of alternative dispute resolutions and the Short Trial Program; the Plaintiff and the Defendants do not agree that any of the foregoing are appropriate for this case.

(e) <u>FRCP 26-1(b)(9) – Electronic Evidence</u>:  The parties certify that they have discussed whether they intend to present evidence in electronic format to jurors for the purposes of jury deliberation.  Although not known at this time which exhibits will be electronically presented, the parties stipulate that they will provide discovery in an electronic format compatible with the Court's electronic jury evidence display system.  The parties stipulate that they will contact the courtroom administrator for instructions about how to prepare evidence in an electronic format and other requirements for the Court's electronic jury evidence system.

3. **Other Items**

   (a) <u>Amending the Pleadings and Adding Parties</u>. The parties have until **February 5, 2024,** (90 days before the cut-off date is February 4, a Sunday; it will be due the next business day) to file a motion to amend the pleadings or to add parties. This is ninety (90) days before the discovery cut-off date and does not extend the outside limit LR 26-1(e)(2) presumptively sets for ninety (90) days before the discovery cut-off date of filing such motions.

   (b) <u>Interrogatories and Depositions</u>: The parties agree to the customary total number of interrogatories of 25 per party; the parties may agree to more interrogatories by mutual agreement or application to the Court.  The parties also agree to no more than ten (10) depositions by Plaintiff and no more than ten (10) depositions by Defendants as provided in Rule 30(a)(2)(A)(i). However, the parties may agree to more depositions by mutual agreement or application to Court.

(c) <u>Dispositive Motions:</u> The parties shall have until **June 3, 2024,** to file dispositive motions. This is thirty (30) days after the discovery cut-off date and does not exceed the outside limit of thirty (30) days following the discovery cut-off date that LR 26-1(e)(4) presumptively sets for filing dispositive motions.

(d) <u>Settlement</u>: The parties have initially addressed the issue of settlement and agree to continue to enter into meaningful negotiations prior to and during the discovery phase of this litigation but both sides require exchange of initial disclosures to properly assess their respective cases and defenses.

(e) <u>The Pretrial Order:</u> The pretrial order shall be filed by **July 3, 2024,** which is not more than thirty (30) days after the date set for filing dispositive motions in this case. This deadline is suspended if the dispositive motion is timely filed. The disclosures required by FRCP 26(a)(3) shall be made in the joint pretrial order.

(f) <u>Court Conference</u>:  The parties do not request a conference with the court before the entry of the scheduling order.

(g) <u>Later Appearing Parties:</u>  A copy of the discovery plan and scheduling order shall be served on any person served after it is entered, or, if an additional defendant should appear within five days of their first appearance. This discovery plan scheduling order shall apply to such later appearing parties, unless the Court on motion for good cause shown, orders otherwise.

(h) <u>Extension or Modification of the Discovery Plan and Scheduling Order</u>: LR 26-3 governs modifications or extensions of this discovery plan scheduling order. Any stipulation or motion must be made not later than twenty-one (21) days before the subject deadline date and comply fully with LR 26-3.

4

| Activity | Date |
|---|---|
| Amend Pleadings | **February 5, 2024** |
| Expert Disclosures | **March 5, 2024** |
| Rebuttal Expert Disclosures | **April 4, 2024** |
| Discovery Cut-Off Date | **May 4, 2024** |
| Dispositive Motions | **June 3, 2024** |
| Pretrial Order | **July 3, 2024** |

DATED: 12/13/2023

By: /s/Craig Anderson
    Craig R. Anderson, Esq. (SBN 6882)
    Nicholas M. Adams (SBN 15859)
    10001 Park Run Drive
    Las Vegas, Nevada 89145
    *Attorneys for Defendants*
    *Las Vegas Metropolitan Police Department*

PETER GOLDSTEIN LAW CORP

By: /s/ Peter Goldstein
    Peter Goldstein (SBN 6992)
    10161 Park Run Drive, Suite 150
    Las Vegas, Nevada 89145
    *Attorney for Plaintiff*
    JACEY LOOPER, an individual

CHRISTIANSEN TRIAL LAWYERS

By: /s/ Keely P. Chippoletti
    Peter S. Christiansen, Esq. (SBN 5254)
    R. Todd Terry, Esq. (SBN 6519)
    Keely P. Chippoletti, Esq. (SBN 13931)
    710 South 7th Street, Suite B
    Las Vegas, Nevada 89101
    *Attorney for Plaintiff*
    JACEY LOOPER, an individual

IT IS SO ORDERED.

_____
U.S. MAGISTRATE JUDGE

Dated: December 13, 2023

5