**Marquis Aurbach**
Craig R. Anderson, Esq.
Nevada Bar No. 6882
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com
  Attorneys for Defendants LVMPD, Ofc. Obsenares and Ofc. McMahill

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JACEY LOOPER, individually,<br><br>        Plaintiff,<br><br>  vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT; GLENN OBSENARES; BRAYDEN MCMAHILL and DOES 1-10, inclusive,<br><br>        Defendants. | Case Number:<br>2:23-cv-01436-JAD-EJY<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES (SECOND REQUEST)** |

Plaintiff Jacey Looper ("Plaintiff"), by and through her attorneys of record, Christiansen Trial Lawyers and Peter Goldstein Law Corp. and Defendants Las Vegas Metropolitan Police Department ("LVMPD"), Ofc. Obsenares and Ofc. McMahill ("Defendants"), by and through their attorneys of record, Marquis Aurbach, hereby file their Stipulation and Order to Extend Discovery Deadlines (Second Request) by ninety (90) days pursuant to LR II 26-4. The present discovery cutoff date is August 5, 2024.

**I.    DISCOVERY COMPLETED**

1. On December 13, 2023 this Court entered the original discovery plan. (ECF No. 17)

2. Plaintiff served her initial FRCP 26(a)(1) disclosure.

3. Defendants served their initial FRCP 26(a)(1) disclosure.

4. The parties have both severed and responded to written discovery.

5. On January 25, 2024, the Parties extended discovery 90-days for the first time. (ECF No. 20)

6. Both parties have served several supplements to their initial Rule 26 disclosure statements.

7. Both parties have served initial expert disclosures.

8. The Defendants have taken the deposition of Plaintiff.

9. Plaintiff deposed both individual defendants.

10. Both parties have served numerous Custodian of Records depositions.

## II. DISCOVERY TO BE COMPLETED

1. The Parties need to serve rebuttal expert reports.

2. Plaintiff needs to depose Defendants' medical and police practice experts.

3. Defendants need to depose Plaintiff's medical and police practices expert.

4. Defendants will need to take the deposition of Plaintiff's experts.

5. The Plaintiff has noticed a Rule 30(b)(6) for LVMPD.

## III. REASONS WHY THE DISCOVERY REMAINING WAS NOT COMPLETED WITHIN THE TIME LIMITS SET BY THE COURT

The parties agree, pursuant to Local Rule 6-1, that good cause exists for the requested extension. The primary reason for this request is for the Parties to complete expert discovery. Although both Parties have served initial expert discovery, it has been difficult setting expert depositions due to scheduling. In addition, the Parties are attempting to find an agreeable date to conduct the Rule 30(b)(6) deposition for LVMPD.

Counsel for Plaintiff and Defendants just finished a ten-day jury trial (June 17, 2024 through June 26, 2024) in *Estate of Childress, et al. v. LVMPD, et al.,* Case No. 2:16-cv-03039-APG-NJK. Defense counsel is starting a two-week jury trial on July 29, 2024 in the United States District Court entitled *Estate of Jose Gomez, et al. v. LVMPD, et al.*, Case No. 2:20-cv-01589-RFB-BNW. Due to these conflicts, other pending deadlines, and the summer schedules of the expert witnesses, the Parties have been unable to find agreeable dates for expert depositions until late August/September. Therefore, the Parties agree that a 90-day extension will allow the Parties to complete the remaining depositions, obtain the transcripts, and file dispositive motions.

MAC:14687-472 5527971_1 7/2/2024 1:24 PM

MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

IV. ~~PROPOSED~~ SCHEDULE FOR COMPLETING DISCOVERY:

|  | **EXISTING DEADLINES** | ~~PROPOSED~~ **DEADLINES** |
|---|---|---|
| **Close of Discovery** | August 5, 2024 | **November 5, 2024** |
| **Final Date to Amend Pleadings/Add Parties** | Passed | |
| **Initial Expert Disclosures Deadlines** | Passed | |
| **Rebuttal Expert Disclosure Deadline** | July 3, 2024 | **August 3, 2024** |
| **Final Date for Dispositive Motions** | September 3, 2024 | **December 3, 2024** |
| **Pretrial Order** | October 1, 2024 | **January 2, 2025** |

IT IS SO STIPULATED this 2nd day of July, 2024.

MARQUIS AURBACH                                      CHRISTIANSEN TRIAL LAWYERS

By: *s/Craig R. Anderson*                            By:    *s/R. Todd Terry*
    Craig R. Anderson, Esq.                              Peter S. Christiansen, Esq.
    Nevada Bar No. 6882                                  Nevada Bar No. 5254
    10001 Park Run Drive                                 R. Todd Terry, Esq.
    Las Vegas, Nevada 89145                              Nevada Bar No. 6519
    Attorney for Defendants                              710 South 7th Street, Suite B
                                                         Las Vegas, Nevada 89101
                                                         Attorneys for Plaintiff

PETER GOLDSTEIN LAW CORP

**IT IS SO ORDERED.**

By:    *s/Peter Goldstein*
    Peter Goldstein, Esq.
    Nevada Bar No. 6992
[signature]
    10161 Park Run Drive, Suite 150
**U.S. MAGISTRATE JUDGE**
    Las Vegas, Nevada 89145
    Attorneys for Plaintiffs

**Date: July 2, 2024**

MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816