| | |
|---|---|
| 1 | PETER S. CHRISTIANSEN, ESQ. [SBN 5254] |
|   | pete@christiansenlaw.com |
| 2 | R. TODD TERRY, ESQ. [SBN 6519] |
|   | tterry@christiansenlaw.com |
| 3 | KEELY P. CHIPPOLETTI, ESQ. [SBN 13931] |
| 4 | keely@christiansenlaw.com |
|   | CHRISTIANSEN TRIAL LAWYERS |
| 5 | 710 South 7th Street, Suite B |
|   | Las Vegas, Nevada 89101 |
| 6 | Telephone:    (702) 240-7979 |
| 7 | Facsimile:    (866) 412-6992 |

8  PETER GOLDSTEIN, ESQ. [SBN 6992]
9  Peter@petergoldsteinlaw.com
   PETER GOLDSTEIN LAW CORP
10 10161 Park Run Drive, Suite 150
   Las Vegas, Nevada 89145
11 Telephone:    (702) 474-6400
12 Facsimile:    (888) 400-8799

13 *Attorneys for Plaintiffs*

**DISTRICT COURT**

**CLARK COUNTY, NEVADA**

| JACEY LOOPER, individually, | CASE NO.:  2:23-cv-01436-JAD-EJY |
|---|---|
| Plaintiff, | |
| vs. | |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT; GLENN OBSENARES; BRAYDEN MCMAHILL DOES 1 -10, inclusive, | **FIRST STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO FILE A RESPONSE TO DEFENDANTS' MOTION FOR PARTIAL SUMMARY DEFENDANT** |
| Defendants. | ECF Nos. 23, 25 |

Plaintiff, JACEY LOOPER, by and through her attorneys of record, PETER S. CHRISTIANSEN, ESQ., R. TODD TERRY, ESQ., and KEELY P. CHIPPOLETTI, ESQ. of CHRISTIANSEN TRIAL LAWYERS, and Defendants LAS VEGAS METROPOLITAN POLICE DEPARTMENT, OFC. OBSENARES and OFC. MCMAHILL, by and through their attorneys, CRAIG R. ANDERSON, ESQ. of MARQUIS AURBACH, hereby file Stipulation and

Order to **extend the deadline from December 24, 2024, for Plaintiff to respond to Defendants' Partial Motion for Summary Judgment to January 14, 2025**. The basis for the extension relates to the holiday season with attendant travel schedules of counsel and it is not made for an improper purpose with any intent to delay disposition of the instant matter.

DATED: 12/18/2024                                              DATED: 12/18/2024

CHRISTIANSEN TRIAL LAWYERS                    MARQUIS AURBACH

By_____                         By _/s/ Craig Anderson_____
PETER S. CHRISTIANSEN, ESQ.                       CRAIG R. ANDERSON, ESQ.
Nevada Bar No. 5254                                         Nevada Bar No. 6882
R. TODD TERRY, ESQ.                                      MARQUIS AURBACH
Nevada Bar No. 6519                                         Nevada Bar No. 15859
KEELY P. CHIPPOLETTI, ESQ.                        10001 Park Run Drive
Nevada Bar No. 13931                                       Las Vegas, Nevada 89145
710 South 7th Street                                          *Attorneys for Defendant LVMPD, Ofc.*
Las Vegas, NV 89101                                         *Obsenares and Ofc. McMahill*
*Attorneys for Plaintiff*

   IT IS SO ORDERED.

                                                                        _____
                                                                        U.S. District Judge Jennifer A. Dorsey
                                                                        Dated: December 23, 2024