PETER S. CHRISTIANSEN, ESQ. [SBN 5254]
pete@christiansenlaw.com
R. TODD TERRY, ESQ. [SBN 6519]
tterry@christiansenlaw.com
KEELY P. CHIPPOLETTI, ESQ. [SBN 13931]
keely@christiansenlaw.com
CHRISTIANSEN TRIAL LAWYERS
710 South 7th Street, Suite B
Las Vegas, Nevada 89101
Telephone:   (702) 240-7979
Facsimile:   (866) 412-6992

PETER GOLDSTEIN, ESQ. [SBN 6992]
Peter@petergoldsteinlaw.com
PETER GOLDSTEIN LAW CORP
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone:   (702) 474-6400
Facsimile:   (888) 400-8799

*Attorneys for Plaintiffs*

## DISTRICT COURT

## CLARK COUNTY, NEVADA

| | |
|---|---|
| JACEY LOOPER, individually,<br><br>Plaintiff,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT; GLENN OBSENARES; BRAYDEN MCMAHILL DOES 1 -10, inclusive,<br><br>Defendants. | CASE NO.:   2:23-cv-01436-JAD-EJY<br><br>**SECOND STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO FILE A RESPONSE TO DEFENDANTS MOTION FOR PARTIAL SUMMARY DEFENDANT** |

Plaintiff, JACEY LOOPER, by and through her attorneys of record, PETER S. CHRISTIANSEN, ESQ., R. TODD TERRY, ESQ., and KEELY P. CHIPPOLETTI, ESQ. of CHRISTIANSEN TRIAL LAWYERS, and Defendants LAS VEGAS METROPOLITAN POLICE DEPARTMENT, OFC. OBSENARES and OFC. MCMAHILL, by and through their attorneys, CRAIG R. ANDERSON, ESQ. of MARQUIS AURBACH, hereby file Stipulation and



Order to extend the deadline from January 14, 2025, for Plaintiff to respond to Defendants' Partial Motion for Summary Judgment to January 28, 2025. The basis for the extension relates to the post-holiday deadlines, as well as completing the research on areas of law with conflicting authority and is not made for an improper purpose or with any intent to delay disposition of the instant matter.

DATED: January 10, 2025

CHRISTIANSEN TRIAL LAWYERS

By_/s/Peter Christiansen
PETER S. CHRISTIANSEN, ESQ.
Nevada Bar No. 5254
R. TODD TERRY, ESQ.
Nevada Bar No. 6519
KEELY P. CHIPPOLETTI, ESQ.
Nevada Bar No. 13931
710 South 7th Street
Las Vegas, NV 89101
*Attorneys for Plaintiff*

DATED: January 10, 2025

MARQUIS AURBACH

By_/s/Craig Anderson _____
CRAIG R. ANDERSON, ESQ.
Nevada Bar No. 6882
MARQUIS AURBACH
Nevada Bar No. 15859
10001 Park Run Drive
Las Vegas, Nevada 89145
*Attorneys for Defendant LVMPD, Ofc. Obsenares and Ofc. McMahill*

IT IS SO ORDERED.

Dated this 10th day of January, 2025.

_____
UNITED STATES DISTRICT JUDGE