**Marquis Aurbach**
Craig R. Anderson, Esq.
Nevada Bar No. 6882
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com
  Attorneys for Defendants LVMPD, Ofc. Obsenares and Ofc. McMahill

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JACEY LOOPER, individually,<br><br>Plaintiff,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT; GLENN OBSENARES; BRAYDEN MCMAHILL and DOES 1-10, inclusive,<br><br>Defendants. | Case Number:<br>2:23-cv-01436-JAD-EJY<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE**<br><br>ECF Nos. 37, 39, 46 |

IT IS HEREBY STIPULATED between Defendants Las Vegas Metropolitan Police Department, Ofc. Glenn Obsenares and Ofc. Brayden McMahill ("Defendants"), by and through their attorneys of record, Marquis Aurbach and Plaintiff Jaycee Looper ("Plaintiff"), by and through her attorneys of record, Christiansen Trial Lawyers and Peter Goldstein Law Corp., that the above-referenced matter be dismissed with prejudice; and

/ / /

/ / /

/ / /

/ / /

Page 1 of 2

MAC: 14687-472 (#6251950.1)

**MARQUIS AURBACH**
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

IT IS FURTHER STIPULATED that all parties bear their own attorney fees and costs.

IT IS SO STIPULATED this _____ day of February, 2026.

MARQUIS AURBACH

By: s/Craig R. Anderson
    Craig R. Anderson, Esq.
    Nevada Bar No. 6882
    10001 Park Run Drive
    Las Vegas, Nevada 89145
    Attorney for Defendants

CHRISTIANSEN TRIAL LAWYERS

By: _____
    R. Todd Terry, Esq.
    Nevada Bar No. 6519
    Ron J. Evans, Esq.
    Nevada State Bar No. 15218
    710 S. 7th Street, Ste. B
    Las Vegas, NV 89101
    Attorney for Plaintiff

PETER GOLDSTEIN LAW CORP.

By: _____
    Peter Goldstein, Esq.
    Nevada Bar No. 6992
    10161 Park Run Drive, Ste. 150
    Las Vegas, NV 89145
    Attorney for Plaintiff

MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

IT IS FURTHER STIPULATED that all parties bear their own attorney fees and costs.

IT IS SO STIPULATED this 12th day of February, 2026.

MARQUIS AURBACH

By: s/Craig R. Anderson
   Craig R. Anderson, Esq.
   Nevada Bar No. 6882
   10001 Park Run Drive
   Las Vegas, Nevada 89145
   Attorney for Defendants

CHRISTIANSEN TRIAL LAWYERS

By: _____
   R. Todd Terry, Esq.
   Nevada Bar No. 6519
   Ron J. Evans, Esq.
   Nevada State Bar No. 15218
   710 S. 7th Street, Ste. B
   Las Vegas, NV 89101
   Attorney for Plaintiff

PETER GOLDSTEIN LAW CORP.

By:   s/Peter Goldstein
   Peter Goldstein, Esq.
   Nevada Bar No. 6992
   10161 Park Run Drive, Ste. 150
   Las Vegas, NV 89145
   Attorney for Plaintiff

**ORDER**

Based on the parties' stipulation [ECF No. 46] and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS **DISMISSED** with prejudice, each side to bear its own fees and costs. All pending motions and objections [**ECF Nos. 37, 39] are DENIED or OVERRULED** as moot. The Clerk of Court is directed to CLOSE THIS CASE.

_____
United States District Court Judge
February 17, 2026

MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

MAC: 14687-472 (#6251950.1)